# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT L., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-00348-JDL |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John H. Rich III filed his Recommended Decision (ECF No. 29) on Robert L.'s Social Security Disability and Supplemental Security Income appeal with the Court on July 27, 2018, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (2018) and Fed. R. Civ. P. 72(b). The time within which to file objections expired on August 10, 2018, and no objections were filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision. It is therefore **ORDERED** that the Recommended Decision (ECF No. 29) is hereby **ACCEPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**Dated this 15th day of August, 2018.**

                                    /s/ Jon D. Levy
                              **U.S. DISTRICT JUDGE**